

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2015

No. 04-15-00579-CV

**IN RE** Dr. Lynn **BUCHANAN**,
Nichole Cahero, P.A., and Rio Vista Medical Center, PLLC

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Sandee Bryan Marion, Chief Justice
                 Marialyn Barnard, Justice
                 Luz Elena D. Chapa, Justice

On September 16, 2015, relators filed a petition for writ of mandamus. The court has considered the record and petition and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on September 22, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2015.

_Keith E. Hottle_
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2013-CI-14590, styled *Herbert C. Rader III and Dawn Harville Rader v. Dr. Paul Lifland and Dr. Daniel C. Valdez*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.